

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 6 2022

CLERK, U.S. DISTRICT COURT
By_____ mb
Deputy

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| ENRIQUE VARGAS (01) | 4:22-cr-196-O |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about January 31, 2022, in the Fort Worth Division of the Northern District of Texas, the defendant, **Enrique Vargas**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Springfield, model XDM Elite, 9mm pistol, bearing serial number AT290048.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Enrique Vargas**, shall forfeit to the United States of America any firearm, magazine(s), and ammunition involved or used in the commission of the offense, including the firearm(s) referenced below.

This property includes, but is not limited to, the following: a Springfield, model XDM Elite, 9mm pistol, bearing serial number AT290048.

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ENRIQUE VARGAS (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

DALLAS                                                                  FOREPERSON

Filed in open court this 6th day of July, 2022.

**Warrant to Issue**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-416-BJ